**STATE of Missouri, Respondent,**

v.

**Kevin Lee JONES, Appellant.**

**No. ED 101913**

Missouri Court of Appeals,
Eastern District,
*DIVISION THREE.*

Filed: November 10, 2015

William J. Swift, Asst. Public Defender, Columbia, for Appellant.

Chris Koster, Atty. Gen., Daniel N. McPherson, Asst. Atty. Gen., Jefferson City, for Respondent.

Before Robert M. Clayton III, P.J., Lawrence E. Mooney, J., and James M. Dowd, J.

PER CURIAM.

*ORDER*

Kevin Lee Jones appeals the judgment entered upon a jury verdict convicting him of two counts of child molestation in the first degree. We find no error has occurred.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our deci-

sion. The judgment of the trial court is affirmed under Rule 30.25(b).